(November 14, 1986)

■ In the Matter of BENJAMIN B. HERSH, a Disbarred Attorney.

Separate applications by (1) Burchetta, Goldsand, Cerussi & Spring, P. C., and (2) David C. Dempsey, Esq., and William Florence, Esq., for leave to submit material and/or be heard *amicus curiae* on behalf of Mr. Benjamin B. Hersh.

The two applications denied and the motion denied in all respects. Mollen, P. J., Lazer, Mangano, Thompson and Brown, JJ., concur.